**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**NICHOLAS COX,**

                              **Petitioner,**

          v.                                      **CASE NO. 23-3227-JWL**

**JEFF ZMUDA,**

                              **Respondent.**

### MEMORANDUM AND ORDER

Petitioner and state prisoner Nicholas Cox filed his pro se petition for writ of habeas corpus in this matter on October 10, 2023. (Doc. 1.) On October 11, 2023, a notice of deficiency (NOD) was mailed to Petitioner explaining that he was required to submit either the statutory filing fee of $5.00 or a motion to proceed in forma pauperis and supporting financial information. (Doc. 2.) The NOD advised Petitioner that he had until November 13, 2023 to comply and that if he failed to do so, "this action may be dismissed without further notice for failure to comply with this court order." *Id.* The deadline has now passed and although Petitioner has filed other documents in this case, he has neither paid the filing fee nor submitted a motion to proceed in forma pauperis.

Petitioner will be granted additional time in which to either pay the filing fee, submit a motion to proceed in forma pauperis and the required supporting documentation, or provide the Court with information regarding his efforts to do so, such as a copy of a request to the institution in which he is confined to submit the fee to the Court. If Petitioner fails to timely comply with this order, this matter will be dismissed without further prior notice to Petitioner under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order.

**IT IS THEREFORE ORDERED** that Petitioner is granted to and including December 1, 2023, in which to pay the filing fee, submit a motion to proceed in forma pauperis and the required financial information, or submit information regarding his efforts to pay the fee. If Petitioner fails to timely comply with this order, this matter will be dismissed without further prior notice to Petitioner. The Clerk is directed to send to Petitioner the court-approved form motion to seek leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

DATED:   This 17th day of November, 2023, at Kansas City, Kansas.

S/ John W. Lungstrum<br>
JOHN W. LUNGSTRUM<br>
United States District Judge