IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**NICHOLAS COX,**

                **Petitioner,**

     v.                             **CASE NO. 23-3227-JWL**

**TOMMY WILLIAMS,**

                **Respondent.**

### **MEMORANDUM AND ORDER**

On October 10, 2023, Kansas prisoner Nicholas Cox filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 30, 2023, the Court ordered Respondent to file his answer to the petition on or before January 16, 2024. (Doc. 7) This matter comes now before the Court on Petitioner's motion to amend his petition (Doc. 8) to add grounds for relief and argument. *Id.* For the reasons set forth below, the Court will deny the motion.

A habeas petition "may be amended or supplemented as provided in the rules of procedure applicable to civil actions." 28 U.S.C. § 2242. Federal Rule of Civil Procedure 15(a) governs amendment of a pleading before trial. A party may amend a pleading "once as a matter of course" if the party does so either within 21 days of serving the pleading or, "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." F. R. Civ. P. 15(a)(1). All other amendments require "the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). A "court should freely give leave" to amend pleadings "when justice so requires." *Id.*

In addition, Local Rule 15.1(a)(2) requires s party who files a motion to amend a pleading to "attach the proposed pleading" to the motion to amend his petition. Petitioner has not done so.

1

Thus, the motion to amend will be denied for failure to comply with the local rules. If Petitioner wishes to resubmit his motion to amend the petition and attach a proposed amended petition, however, he may do so.

The proposed amended petition attached to a motion to amend must be on court-approved forms and it must be complete in and of itself. To be clear, a proposed amended petition may not refer back to any earlier version of the petition and may not attempt to incorporate by reference any earlier filings with this Court. If the Court grants a future motion to amend, the proposed amended petition attached to the motion to amend will be filed and any grounds for relief not included in the proposed amended petition will not be considered before the Court. Petitioner must include the case number of this action (23-3227) on the first page of any proposed amended petition he submits.

**IT IS THEREFORE ORDERED** that Petitioner's motion to amend the petition (Doc. 8) is **denied without prejudice**. The clerk is directed to send Petitioner the appropriate form so that Petitioner may re-submit his motion with a proposed amended petition as required by the local rules.

**IT IS SO ORDERED.**

DATED:   This 21st day of December, 2023, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
